UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARILYN SMITH,

        Plaintiff,

       -v-

KATHLEEN SEBELIUS, SECRETARY,
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

        Defendant.
------------------------------------- x

10 Civ. 6356 (JSR)(DF)

ORDER

JED S. RAKOFF, U.S.D.J.

    On December 28, 2011, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the dismissal of plaintiff's complaint as untimely under 42 U.S.C. § 2000e-5(f)(1).

    Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses plaintiff's complaint with prejudice. Clerk to enter judgment.

    SO ORDERED.

                                                      JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 24, 2012